PROB 35

**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO EXPIRATION DATE**

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs.        ) | **Docket Number:  2:02CR00014-01** |
| ) | |
| **KIMBERLY SMALLS**          ) | |
| ) | |

On April 22, 1999, the above-named was placed on Supervised Release for a period of five years.  Kimberly Smalls has complied with the rules and regulations of supervision.  It is accordingly recommended that she be discharged from supervision.

Respectfully submitted,

/s/Lori L. Koehnen
**LORI L. KOEHNEN
Senior United States Probation Officer**

Dated:        May 18, 2006
              Sacramento, California
              LLK/cp

**REVIEWED BY:**    /s/Kyriacos M. Simonidis
                   **KYRIACOS M. SIMONIDIS
                   Supervising United States Probation Officer**

**Re:** **Kimberly SMALLS**
      **Docket Number:   2:02CR00014-01**
      **ORDER TERMINATING SUPERVISED RELEASE**
      **PRIOR TO EXPIRATION DATE**

---

### ORDER OF COURT

It is ordered that the supervised releasee be discharged from supervised release, and that the proceedings in the case be terminated.

 **Date**:  May 22, 2006

```
                                    WILLIAM B. SHUBB
                                    UNITED STATES DISTRICT JUDGE
```

WBS/cp
Attachment:   Recommendation
cc:      United States Attorney's Office

Rev. 03/2005
PROB35.MRG